**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MAX CALVO,** | ) |
| Plaintiff, | ) Case No. EDCV16-00730 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

February 9, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge